09-CR-05452-ORD

FILED ___ LODGED ___ RECEIVED
OCT -2 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-5452-RJB-16 |
| Plaintiff, | (PROPOSED) |
| vs. | ORDER GRANTING SUBSTITUTION OF COUNSEL |
| MIGUEL MORA-ESQUIVEL, | |
| Defendant. | |

BEFORE the court for resolution is the Defendant MIGUEL MORA-ESQUIVEL, Motion to Substitute Retained Counsel, George Paul Trejo, Jr. of THE TREJO LAW FIRM, in lieu of his present attorney of record. The Court having considered the submissions of the Defendant, and the court file in the instant, hereby ORDERS.

The defendant's Motion is GRANTED. GEORGE PAUL TREJO, JR. is substituted as the attorney of record for the Defendant, MIGUEL MORA-ESQUIVEL.

It is so ordered this 2d day of Oct~~September~~, 2009.

_____
United States District Court Judge

PRESENTED BY:
THE TREJO LAW FIRM

s/George P. Trejo, Jr.
GEORGE P. TREJO, JR.
Attorney for Defendant

(PROPOSED) ORDER GRANTING SUBSTITUTION OF COUNSEL — -1- —

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 100
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM